IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNIE M. E.,<br>        PLAINTIFF,<br><br>V.<br><br>COMMISSIONER, SOCIAL SECURITY<br>ADMINISTRATION,<br>        DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 3:25-CV-2844-E-BK |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b) and *Special Order 3*, Plaintiff's appeal of the denial of her

application for Social Security disability benefits and supplemental security income, Doc. 1, is

before the undersigned United States magistrate judge for findings and a recommended

disposition. Upon review of the Commissioner of Social Security's *Unopposed Motion to

Remand to Social Security Administration*, Doc. 17, the Court determines the motion has merit;

thus, it should be **GRANTED**.

Accordingly, the Commissioner's final decision should be **REVERSED**, and this case

should be **REMANDED** for further administrative proceedings pursuant to Sentence Four of

Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  *See Melkonyan v. Sullivan*, 501

U.S. 89 (1991).

Upon remand, the Appeals Council shall direct the Administrative Law Judge to offer

Plaintiff a hearing, take any further action needed to complete the administrative record, and

issue a new decision.

**SO RECOMMENDED** on April 23, 2026.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

### INSTRUCTIONS FOR SERVICE AND
### NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of this report and recommendation will be served on all parties in the manner provided by law. Any party who objects to any part of this report and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). An objection must identify the finding or recommendation to which objection is made, state the basis for the objection, and indicate where in the magistrate judge's report and recommendation the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996), *modified by statute on other grounds,* 28 U.S.C. § 636(b)(1) (extending the time to file objections to 14 days).