IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNIE M. E., | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:25-CV-2844-E-BK |
| | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
|     DEFENDANT. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Commissioner of Social Security's *Unopposed Motion to Remand to Social Security Administration*, Doc. 17, is **GRANTED**. Accordingly, the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** for further administrative proceedings pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED** this 11th day of May, 2026.

Ada Brown
UNITED STATES DISTRICT JUDGE